IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Cheryl E. Lander, :<br>:<br>    Plaintiff(s), :<br>: <br>   vs. :<br>:<br>Commissioner of Social Security, :<br>:<br>    Defendant(s). : | Case Number: 1:08cv823<br><br>Chief Judge Susan J. Dlott |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on February 9, 2011 (Doc. 30), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 2, 2011, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff-appellant's motion to proceed *informa pauperis* on appeal (Doc. 29) is **DENIED.**

Plaintiff is provided 30 days in which to pay the $450.00 filing fee to proceed with her appeal.

IT IS SO ORDERED.

                                                             ___s/Susan J. Dlott_____
                                                             Chief Judge Susan J. Dlott
                                                             United States District Court